PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gary Cook  **Docket Number:** 97-00474-002
**PACTS Number:** 17773

**Name of Sentencing Judicial Officer:** Honorable Maryanne Trump Barry, United States District Judge

**Date of Original Sentence:** 09/15/1998

**Original Offenses:** Conspiracy to Distribute and Possession with Intent to Distribute More than 5 Kilograms of Cocaine and Quantities of Heroin, 21 U.S.C. § 841(a)(1)

**Original Sentence:** 168 months imprisonment; 5 years supervised release; $5,000 fine and $100 special assessment. Special conditions: 1)Drug Testing and Treatment; 2)Financial Disclosure; 3)DNA Collection

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 02/19/2010

**Assistant U.S. Attorney:** Carolyn A. Murray, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Raymond Brown Esq. (Retained), Gateway I, Newark, New Jersey 07101 (973) 622-2225

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of noncompliance

1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

|   |   |
|---|---|
|   | On June 4, 2011, the offender was arrested and charged with aggravated assault with a weapon, unlawful possession of weapon, unlawful possession of a weapon, and possession of a weapon for unlawful purpose. Specifically, the offender and two other individuals, later identified as Gary Cook Jr. and Lamar Baker, initiated a brief car chase and shootout with another motorist which led to a multi-car accident and death/homicide of a bystander. The offender is presently under custodial watch at University of Medicine and Dentistry of New Jersey (UMDNJ). |
| 2 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
|   | According to the DOC website, the offender's son was convicted of robbery, conspiracy to robbery or car jacking, possession of a weapon, and a drug related offense on February 14, 2007. The offender's son was sentenced to five (5) years in custody and was ultimately released without parole on April 24, 2011. During an unannounced home visit on May 26, 2011, the offender's son (Gary Cook Jr.) was sitting at the kitchen counter typing on a laptop computer. The offender's son was also one of the occupants of the vehicle at the time of the incident mentioned above. The offender was not authorized to associate with his son on either of these occasions, in fact he was expressly advised to have no contact with his son. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 06/22/11

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 1st, 2011
Date