PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Gary Cook

Cr.: 97-00474-002
PACTS #: 17773

Name of Sentencing Judicial Officer:   THE HONORABLE MARYANNE TRUMP BARRY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/15/1998

Original Offense: 21:846; CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Original Sentence: 168 months imprisonment, 60 months supervised release

Special Conditions: Drug Treatment, Financial Disclosure, Fine, Substance Abuse Testing, Special Assessment, DNA testing

Name of Violation Sentencing Judicial Officer: THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Date of Violation Sentence: 04/18/13

Violation Offense: 18:922(g)(1) and 924(a)(2); FELON IN POSSESSION OF A WEAPON

Violation Sentence: 24 months incarceration, 60 months supervised release

Special Condition: Alcohol/Drug Testing/Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/03/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'** |

On May 20, 2015, the offender admitted to over 100 contacts with the following Bureau of Prison inmates: Jas Rivera, Omar Bethal, Sean Bellamy (co-defendant), Joseph Monroe, Roscoe McPhatter, El Amin Bashir, Jeffrey Gray, Dorian Delaney, Ricky Coleman, Tracey Clark, Shareff Campbell, Jonathon Boyd, and Robert Wooten. The offender explained he was friendly with the above convicted felons while incarcerated and he was sending them pictures of females.

The offender had exhibited the same behavior during his previous term of supervision in 2011. Cook was in contact with several convicted felons then, including El Amin Bashir.

| | |
|---|---|
| 2 | The offender has violated the standard supervision condition which states **'The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'** |

During a home visit conducted on May 20, 2015, the offender denied any contact with his co-defendants. However, the offender was in contact with co-defendant, Sean Bellamy, from his instant offense.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance. Our will continue to monitor his activities and associations and will notify the Court of any additional instances of non-compliance.

Respectfully submitted,
*Suzanne Golda-Martinez*
By: Suzanne J. Golda
U.S. Probation Officer
Date: 06/09/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[☑] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Prob 12A – page 3
Gary Cook

_____
Signature of Judicial Officer

6/15/15
_____
Date